IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:23-MJ-__28 |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| THERESA M. CONNAUGHTON, | ) | Court Date: January 23, 2023 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

(COUNT I – Class A Misdemeanor – 1121176)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 19, 2022, at Marine Corps Base, Quantico, Virginia within the

special maritime and territorial jurisdiction of the United States in the Eastern District of

Virginia, the defendant, THERESA M. CONNAUGHTON, did unlawfully operate a motor

vehicle while under the influence of alcohol, to a degree which impaired her ability to drive and

operate any motor vehicle safely.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section
18.2-266(ii), 1950, as amended)

(COUNT II – Petty Offense – 1121177)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 19, 2022, at Marine Corps Base, Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, THERESA M. CONNAUGHTON, did unlawfully refuse to have a sample of her breath taken for chemical tests to determine the alcohol content of his blood.

(Violation of Title 32 Code of Federal Regulations, Section 634.25(f), assimilating Virginia Code, Section 18.2-268.3)

(COUNT III – Petty Offense - 1121178)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 19, 2022, at Marine Corps Base, Quantico, Virginia, in the

Eastern District of Virginia, the defendant, THERESA M. CONNAUGHTON, did unlawfully

operate on a highway, a motor vehicle whose registration had expired.

(Violation of Title 32, Code of Federal Regulation, Section 634.25(f), assimilating Virginia
Code, Section 46.2-646, 1950, as amended)

Respectfully Submitted,

Jessica D. Aber
United States Attorney

James D. Coppinger
Special Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this 19th day of January 2023 to the defendant's home of record.

By: _____

James D. Coppinger
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
James.coppinger@usdoj.gov